UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BRIAN L. GARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:25-cv-00193-RLY-CSW |
| ) | |
| JAKE WARRUM, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Now before the Court is Plaintiff's *Motion For More Time To Pay Filing Fees or Proceed In Form [sic] Pauperis* (Dkt. 15). This Court's prior Order (Dkt. 14) set the deadline for Plaintiff to pay the filing fee or file a non-prisoner motion to proceed in forma pauperis as January 5, 2026. Plaintiff's *Motion* states that he has not received the correct motion to proceed in forma pauperis.

The Court **GRANTS** Plaintiff's *Motion* to the extent that the deadline for Plaintiff to either pay the $405.00 filing fee for this action or demonstrate that he lacks the financial ability to do so by filing a non-prisoner motion to proceed in forma pauperis is extended by thirty (30) days from the date of this Order, up to and including **February 6, 2026.**

If Plaintiff fails pay the filing fee or file a non-prisoner motion to proceed in forma pauperis by February 6, 2026, then this action may be dismissed without further notice or opportunity to show cause.

**The Clerk is directed to send Plaintiff a non-prisoner motion to proceed in forma pauperis with his copy of this Order to renew his motion.**

     SO ORDERED.

**Date: January 7, 2026**

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

**BRIAN L. GARDNER**
**1213 Northbrook Ct.**
**Evansville, IN 47710**